```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 20327
   LIDEL C CORDERO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4156


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/04/2008 and was not confirmed.

     The case was dismissed without confirmation 11/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COMPASS BANK              UNSECURED       NOT FILED          .00            .00
USAA FEDERAL SAVINGS BAN  SECURED VEHIC   13350.00           .00         371.20
USAA FEDERAL SAVINGS BAN  UNSECURED       15513.29           .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC        .00           .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED       25890.54           .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED          .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       6.33           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     3,500.00                          .00
TOM VAUGHN                TRUSTEE                                         28.80
DEBTOR REFUND             REFUND                                            .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              400.00

PRIORITY                                       .00
SECURED                                     371.20
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         28.80
DEBTOR REFUND                                  .00
                   ---------------      ---------------
TOTALS              400.00                  400.00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20327 LIDEL C CORDERO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/24/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```